JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., | No. CV 16-09361-R-KS |
| Plaintiff, | **ORDER RE JUDGMENT** |
| v. | |
| DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE; ROBERT WOODLOCK, an individual; JOAN WOODLOCK, an individual; DAVID QUANDT, an individual; and DOES 1 through 20, inclusive, | |
| Defendants. | |

### ORDER RE ENTRY OF JUDGMENT

JUDGMENT IS HEREBY ORDERED, pursuant to the stipulation as follows::

1. The deed of trust in favor of Bank of America ("BOA") in the amount of $580,992.00, recorded on October 26, 2009, in the Los Angeles County Recorder's Office as Instrument No 20091612270 ("2009 BOA DOT") is in first priority position against the

///

1

**ORDER RE STIPULATED JUDGMENT**

L077892

1. property, commonly known as 4040 Trinidad Road, Woodland Hills, California 91364 and designated as Assessor's Parcel Number ("APN") 2172-028-030 (the "Subject Property").

2. The Notice of Federal Tax Lien recorded on or about May 21, 2009, for a tax assessment totaling $35,165.39 as of that date, and which indicated the name of the taxpayer as Robert Woodlock, recorded on May 21, 2009, in the Los Angeles County Recorder's Office as Instrument No. 20090753104 is subordinate to the 2009 BOA DOT

3. All costs and expenses incurred in this action shall be borne by each respective Party.

DATED: May 2, 2017

_____
MANUEL L. REAL
United States District Judge